UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00735-MOC-DLH

| | | |
|---|---|---|
| **CYNTHIA R. MEEKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the consent Motion for Entry of Judgment with Remand under Sentence Four. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the consent Motion for Entry of Judgment with Remand under Sentence Four (#13) is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings, all pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The plaintiff's Motion for Summary Judgment (#11) is **DENIED** without prejudice as moot.

Signed: June 14, 2017



Max O. Cogburn Jr.
United States District Judge

1